**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 9, 2016

_____

No. 16-1199
(1:15-cv-00089-LO-JFA)

_____

ROSA BAHTA

       Plaintiff - Appellant

v.

RENAISSANCE HOTEL OPERATING COMPANY

       Defendant - Appellee

and

MARRIOTT CLAIMS SERVICES MARRIOTT INTL

       Defendant

_____

AMENDED CAPTION NOTICE

_____

TO: Counsel and Parties

The caption of this appeal has been amended as shown above. If additional corrections or modifications are needed for the caption, please file a motion to amend the caption.

Sharon A. Wiley, Deputy Clerk
804-916-2704